1116

No. 99–614. TIPP-IT, INC. v. CONBOY, OMAHA CITY PROSECU-TOR. Sup. Ct. Neb. Certiorari denied.

No. 99–619. SYDNOR ET AL. v. SMITH, FOR HIMSELF AND ALL PLAN PARTICIPANTS SIMILARLY SITUATED ON BEHALF OF THE JAMES MCGRAW, INC., 401(K) PLAN. C. A. 4th Cir. Certiorari denied.

No. 99–626. GILLESPIE v. CITY OF INDIANAPOLIS ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–630. MATASSARIN v. LYNCH ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–632. BROWNE ET UX. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–636. YAKAMA INDIAN NATION v. WASHINGTON DE-PARTMENT OF REVENUE. C. A. 9th Cir. Certiorari denied.

No. 99–640. REDWOOD EMPIRE LIFE SUPPORT v. COUNTY OF SONOMA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–655. NOEL v. FEDERAL DEPOSIT INSURANCE CORPORA-TION, AS RECEIVER FOR WESTERN GULF SAVINGS AND LOAN ASSN. C. A. 10th Cir. Certiorari denied.

No. 99–656. NEW YORK DEPARTMENT STORES DE PUERTO RICO, INC. v. ALMACENES RODRIGUEZ, INC., ET AL. Sup. Ct. P. R. Certiorari denied.

No. 99–664. FARR ET AL. v. U S WEST, INC., ET AL.; and
No. 99–853. U S WEST, INC., ET AL. v. FARR ET AL. C. A. 9th Cir. Certiorari denied. Reported below: 151 F. 3d 908 and 179 F. 3d 1252.

No. 99–681. ACKERLEY ET AL. v. LAMBERT ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–685. KENT ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.